IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **RONNIE P. SANTILLO,** | Case No. 1:11CV468 |
|     **Plaintiff,** | |
|   -vs- | **O R D E R** |
| **Commissioner of Social Security,** | |
|     **Defendant.** | **JUDGE CHRISTOPHER A. BOYKO** |

On March 7, 2011, Plaintiff filed a complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1). This matter was referred to Magistrate Judge James R. Knepp II pursuant to Local Rule 72.2. On March 30, 2012, the Magistrate Judge recommended that the Commissioner's decision be affirmed in part and reversed in part. (Dkt. #23).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within fourteen (14) days after service. Plaintiff filed a Response to Magistrate's Report and Recommendation stating that he will not be filing objections. (Dkt.#26). Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, Magistrate Judge Knepp's Report and Recommendation is

**ADOPTED,** affirming the ALJ's determination that Plaintiff received in-kind support from his parents from July 2000 through the date of the ALJ's decision. However, the determination of the ALJ is reversed as to determining that Plaintiff's resources exceeded the $2,000 limit, and the case is remanded for further proceedings.

    IT IS SO ORDERED.

    Dated:4/26/2012

S/Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE
